courts of this circuit except as provided by Ninth Circuit Rule 36–3.

79 F.3d 908, 911 (9th Cir.1996). Therefore, we grant the petition for review as to Segovia, and remand to the BIA for further proceedings consistent with this decision.

**PETITION FOR REVIEW DISMISSED in part, and GRANTED and REMANDED in part.**

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Simona Flores ROSALES, aka Simona Rosales Bakker, Defendant–Appellant.**

No. 01–56933.

D.C. Nos. CV–01–00984–BTM, CR–99–02863–BTM.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2002.*

Decided Sept. 20, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RAWLINSON, Circuit Judge, THOMPSON, Senior Circuit Judge, and SCHWARZER,** Senior District Judge.

**MEMORANDUM \*\*\***

The judgment is affirmed for the reasons stated in the Order of the District Court, filed October 25, 2001.

**AFFIRMED.**

---

\*\* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.